**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § | CRIMINAL NO. H-12-305 |
| ENRIQUE MORALES, *et al*. | § | |

# O R D E R

Defendant Morales filed a motion to deem this case complex and an unopposed motion for continuance, (Docket Entry No. 82). This court granted that motion on September 19, 2012. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | March 25, 2013 |
| Responses are to be filed by: | April 8, 2013 |
| Interim Pretrial Conference is set for: | **January 24, 2013 at 9:00 a.m.** |
| Pretrial conference is reset to**:** | **April 15, 2013 at 9:00 a.m.** |
| Jury trial and selection are reset to: | **April 22, 2013 at 9:00 a.m.** |

SIGNED on October 2, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge